# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**STEVENS DENIS, #A-044-592-669**

    Petitioner,

vs.                                           **CASE NO. 4:13cv202-WS/CAS**

**ERIC HOLDER, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk. In an Order entered on April 19, 2013, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis. Doc. 3. Petitioner's deadline for compliance was May 20, 2013. *Id.* Petitioner was specifically warned that a recommendation would be made that this case be dismissed if there was a failure to comply with that order. To date, no response has been received from Petitioner.

    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert.*

*denied*, 493 U.S. 863 (1989).  Since Petitioner has failed to comply with an order or to prosecute this case, his petition should now be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for this failure to respond.  Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on June 12, 2013.

s/ Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**